IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2206-JLK**

**JANET STUART SMITH and
JUSTINE SCOTT TAYLOR, individually and as co-personal representatives of
THE ESTATE OF JUSTINE H. SMITH, deceased,**

     Plaintiffs,

v.

**SLIFER SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC and
PETER W. SEIBERT,**

     Defendants.

_____

## MINUTE ORDER
_____

Judge John L. Kane **ORDERS**

     The Unopposed Motion for Leave to Amend Answer (doc. #8), filed February 7, 2007, is GRANTED.  The Amended Answer (submitted as doc. #8-2) is accepted as filed.
_____

Dated:  February 8, 2007