IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06-cv-02206-JLK**

JANET STUART SMITH and
JUSTINE SCOTT TAYLOR,
individually and as co-personal representatives of
THE ESTATE OF JUSTINE H. SMITH, deceased,

      Plaintiffs,

v.

SLIFER SMITH & FRAMPTON/VAIL ASSOCIATES
REAL ESTATE, LLC and
PETER W. SEIBERT, JR.,

      Defendants.

## ORDER AMENDING SCHEDULING ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion to Amend the Scheduling and Discovery Order (doc. #15), filed July 2, 2007, is GRANTED, and the Stipulated Scheduling and Discovery Order is amended to extend the pretrial and discovery deadlines as follows:

    a. Deadline for Joinder of Parties from July 15, 2007 to August 10, 2007;

    b. Deadline to Amend Pleadings from July 2, 2007 to August 10, 2007;

    c. Discovery Cutoff from August 8, 2007 to September 15, 2007;

    d. Dispositive Motion Deadline from September 10, 2007 to October 10, 2007;

    e. Deadline to Serve Interrogatories from July 2, 2007 to July 31, 2007;

  f. Deadline to Serve Requests for Production from July 2, 2007 to July 31, 2007;

  g. Plaintiffs' Expert Disclosures from July 8, 2007 to August 10, 2007;

  h. Defendants' Expert Disclosures from August 8, 2007 to September 10, 2007; and,

  i. Deadline for Daubert Motions from August 28, 2007 to September 27, 2007.

Dated: July 11, 2007

          BY THE COURT:


          *s/John L. Kane*

          Judge John L. Kane