IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2206-JLK**

**JANET STUART SMITH and
JUSTINE SCOTT TAYLOR, individually and as co-personal representatives of
THE ESTATE OF JUSTINE H. SMITH, deceased,**

    Plaintiffs,

v.

**SLIFER SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC and
PETER W. SEIBERT,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Joint Motion for Entry of Stipulated Protective Order (doc. #19), filed July 17, 2007, is DENIED with leave to re-file with a form of order more in keeping with our standard form of protective order, available on the court's website under Judge Kane's procedures.

Dated:  July 17, 2007