IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02206-JLK

JANET STUART SMITH and
JUSTINE SCOTT TAYLOR,
individually and as co-personal representatives of
THE ESTATE OF JUSTINE H. SMITH, deceased,

        Plaintiffs,

v.

SLIFER SMITH & FRAMPTON/VAIL ASSOCIATES
REAL ESTATE, LLC and
PETER W. SEIBERT, JR.,

        Defendants.

## ORDER

Kane, J.

The Unopposed Motion to Amend the Scheduling and Discovery Order (doc. #24), filed August 13, 2007, is GRANTED. The Stipulated Scheduling and Discovery Order is amended to extend the pretrial and discovery deadlines as follows:

Defendants shall have until September 7, 2007 to arrange for the inspection of the electronically stored information. Plaintiffs shall have until September 21, 2007 to provide any expert disclosures pursuant to Fed.R.Civ.Proc. 26 relating to the inspection of electronically stored information, and Defendants have until October 23, 2007 to file rebuttal disclosures.

Dated: August 14, 2007

                              BY THE COURT:

                              *s/John L. Kane*

                              Judge John L. Kane