IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2206-JLK**

**JANET STUART SMITH and**
**JUSTINE SCOTT TAYLOR, individually and as co-personal representatives of**
**THE ESTATE OF JUSTINE H. SMITH, deceased,**

    Plaintiffs,

v.

**SLIFER SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC and**
**PETER W. SEIBERT,**

    Defendants.

## MINUTE ORDER AMENDING SCHEDULING ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion to Amend the Scheduling and Discovery Order (doc. #26), filed September 17, 2007, is GRANTED. The Stipulated Scheduling and Discovery Order is amended to extend the pretrial and discovery deadlines as follows:

a. Discovery Cut-off for Depositions Only is extended to December 1, 2007; and
b. Deadline for filing motions in limine and Daubert motions is extended to December 31, 2007.

Dated: September 18, 2007