# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

Date:  October 4, 2007                               Deputy Clerk: Bernique Abiakam
                                                     Court Reporter: Darlene Martinez

---

Civil Action No.: 06-cv-02206-JLK

JANET STUART SMITH, et al.,                          Michael W. Reagor

        Plaintiff,

v.

SLIFER SMITH & FRAMPTON / VAIL
ASSOCIATES REAL ESTATE, LLC, et al.,                 Karen L. Brody
                                                     Kenneth K. Skogg

        Defendants.

---

## COURTROOM MINUTES

**Motions Hearing**

**11:03 p.m.    Court in session.**

Court calls case.

Court's preliminary comments.

11:04 a.m.    Argument by Mr. Reagor.  Questions by the Court.

11:14 a.m.    Argument by Ms. Brody.

11:19 a.m.    Further argument by Mr. Reagor.

11:21 a.m.    Conclusions by the Court.

**ORDERED:  Motion To Amend The Scheduling And Discovery Order (Filed 9/19/07; Doc. No. 28)** is GRANTED to and including **November 1, 1007.** Defendants shall file any motions, including summary judgment, on or before **December 3, 2007.**

*06-cv-02206-JLK*
*Motions Hearing*
*October 4, 2007*

**ORDERED:** Any motions in regard to discovery shall be filed on or before **October 10, 2007.**

**11:23 a.m.   Court in recess.**
Time in court - 00:20.  Hearing concluded.