IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2206-JLK**

**JANET STUART SMITH and
JUSTINE SCOTT TAYLOR, individually and as co-personal representatives of
THE ESTATE OF JUSTINE H. SMITH, deceased,**

     Plaintiffs,

v.

**SLIFER SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC and
PETER W. SEIBERT,**

     Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     Plaintiffs' Unopposed Fifth Motion to Amend Scheduling Order (Doc. 34) is **GRANTED**. Theparties shall have to and including October 20, 2007, to file any motions regarding any presently known discovery issues.

Dated: October 10, 2007