IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2206-JLK**

**JANET STUART SMITH and**
**JUSTINE SCOTT TAYLOR, individually and as co-personal representatives of**
**THE ESTATE OF JUSTINE H. SMITH, deceased,**

    Plaintiffs,

v.

**SLIFER SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC and PETER W. SEIBERT,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiffs' Sixth Motion to Amend the Scheduling and Discovery Order (doc. #36), filed October 20, 2007, is GRANTED over Defendants' objection. Plaintiffs may depose Vail Resorts, Inc. And Jennifer Wooley.

Dated: November 1, 2007