IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2206-JLK**

**JANET STUART SMITH and
JUSTINE SCOTT TAYLOR, individually and as co-personal representatives of
THE ESTATE OF JUSTINE H. SMITH, deceased,**

    Plaintiffs,

v.

**SLIFER SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC and
PETER W. SEIBERT,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiffs' Seventh Motion to Amend the Scheduling and Discovery Order (doc. #40), filed November 28, 2007, is GRANTED. Depositions shall be completed by December 20, 2007; the dispositive motion deadline is extended to January 18, 2008.

Dated: November 29, 2007