IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2206-JLK**

**JANET STUART SMITH and**
**JUSTINE SCOTT TAYLOR, individually and as co-personal representatives of**
**THE ESTATE OF JUSTINE H. SMITH, deceased,**

     Plaintiffs,

v.

**SLIFER SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC and PETER W. SEIBERT,**

     Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     The Unopposed Ninth Motion to Amend the Scheduling and Discovery Order (doc. #45), filed February 22, 2008, is GRANTED. The deadline for discovery relating to Vail Resorts, Inc. and electronic discovery is extended to March 14, 2008; the deadline for filing motions in limine, Daubert motions and dispositive motions is extended to March 31, 2008. The Unopposed Fourth Motion to Amend the Scheduling and Discovery Order (doc. #30), filed September 21, 2007 and the Unopposed Eighth Motion to Amend the Scheduling and Discovery Order (doc. #44), filed December 31, 2007, are DENIED AS MOOT.

Dated: February 26, 2008