IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2206-JLK**

**JANET STUART SMITH and
JUSTINE SCOTT TAYLOR, individually and as co-personal representatives of
THE ESTATE OF JUSTINE H. SMITH, deceased,**

      Plaintiffs,

v.

**SLIFER SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC and
PETER W. SEIBERT,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Unopposed Tenth Motion to Amend the Scheduling and Discovery Order (doc. #49), filed March 28, 2008, is GRANTED. The Stipulated Scheduling and Discovery Order is amended to extend the pretrial and discovery deadlines as follows:

    a.    The deadline for completion of all discovery and for the filing of motions in limine, Daubert motions and dispositive motions shall be April 30, 2008.

Dated: April 3, 2008