IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-02206-JLK

JANET STUART SMITH and
JUSTINE SCOTT TAYLOR,
individually and as co-personal representatives of
THE ESTATE OF JUSTINE H. SMITH, deceased,

Plaintiffs,

v.

SLIFER SMITH & FRAMPTON/VAIL ASSOCIATES
REAL ESTATE, LLC and
PETER W. SEIBERT, JR.,

Defendants.
_____

MINUTE ORDER
_____

Judge John L. Kane **ORDERS**

The Unopposed Eleventh Motion to Amend the Scheduling and Discovery Order (doc. #_55), filed April 29, 2008 is GRANTED, and the Stipulated Scheduling and Discovery Order is amended as follows:

The parties shall have through and including June 6, 2008 within which to file any dispositive motions, any Daubert motions and any motions in limine.
_____

Dated April 30, 2008.