IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2206-JLK**

**JANET STUART SMITH and
JUSTINE SCOTT TAYLOR, individually and as co-personal representatives of
THE ESTATE OF JUSTINE H. SMITH, deceased,**

    Plaintiffs,

v.

**SLIFER SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC and
PETER W. SEIBERT,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiffs' Motion to Compel (Doc. 52) is **GRANTED**. Defendants shall produce and deliver to Plaintiffs any and all member or operating agreements for Slifer, Smith & Frampton/Vail Associates Real Estate, LLC, as requested.

Dated: May 1, 2008