IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02206-JLK

JANET STUART SMITH and
JUSTINE SCOTT TAYLOR,
individually and as co-personal representatives of
THE ESTATE OF JUSTINE H. SMITH, deceased,

Plaintiffs,

v.

SLIFER SMITH & FRAMPTON/VAIL ASSOCIATES
REAL ESTATE, LLC and
PETER W. SEIBERT, JR.,

Defendants.

## ORDER OF RECUSAL

On being advised that the firm of Reilly Pozner LLP has entered its appearance on behalf of Slifer Smith & Frampton/Vail Associates Real Estate, LLC, I hereby recuse myself from presiding in this case because to remain on the case would create an appearance of impropriety.

Dated: May 11, 2009

BY THE COURT:

*s/John L. Kane*

Judge John L. Kane