**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 06-cv-02206-CMA-MJW

JANET STUART SMITH and
JUSTINE SCOTT TAYLOR, Individually and as co-personal representatives of
THE ESTATE OF JUSTINE H. SMITH, deceased,

    Plaintiffs,

v.

SLIFER SMITH & FRAMPTON / VAIL ASSOCIATES REAL ESTATE, LLC and
PETER W. SEIBERT, JR.,

    Defendants.

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b), United States Magistrate Judge Michael J. Watanabe is designated to conduct proceedings in this civil action as follows:

(X)    Convene a scheduling conference under Fed.R.Civ.P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

(X)    Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

(X)    Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

(X)    Hear and determine pretrial matters, including discovery and other non-dispositive motions.

( )    Conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions.

(X)    Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

The parties should expect to be given a firm trial setting that is 60 to 120 days from the date of the <u>final pretrial conference</u>, and should be available for trial accordingly.

DATED:  May   20  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge