IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02206-CMA-MJW

JANET STUART SMITH, et al.,

Plaintiffs,

v.

SLIFER SMITH & FRAMPTON/VAIL ASSOCIATES REAL ESTATE, LLC, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     Based upon the Notice of Settlement (docket no. 156), it is hereby ORDERED that the parties shall file with the court the Joint Motion for Dismissal of this case on or before November 30, 2009, or show cause why this case should not be dismissed.

Date:  October 13, 2009