IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 06-cv-02206-CMA-MJW

JANET STUART SMITH, and
JUSTINE SCOTT ESTES, Administratrix of the Estate of Justine Scott Taylor,
Individually and as co-personal representatives of
THE ESTATE OF JUSTINE H. SMITH, deceased,

    Plaintiffs,

v.

SLIFER SMITH & FRAMPTON / VAIL ASSOCIATES REAL ESTATE, LLC and
PETER W. SEIBERT, JR.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal of All Claims With Prejudice (Doc. # 161). The Court having considered the Stipulation, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorneys fees.

DATED: December __23__, 2009

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge